AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

DIANE SMITH, individually and as guardian for A.K., S.K., and M.K.,
    Plaintiffs,

V.

STATE OF DELAWARE, DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH & THEIR FAMILIES, DIVISION OF FAMILY SERVICES; et al.,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-600

TO: (Name and address of Defendant)
KATHLEEN FINN
c/o Division of Family Services - Elwynn Location
321 E. 11th Street, 3rd Floor
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard Galperin, Esq.
James H. McMackin, III, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
302.888.6800

an answer to the complaint which is served on you with this summons, within _____Twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            OCT 0 1 2007

CLERK            DATE

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

AO 440  (Rev. 8/01)   Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons & complaint was made by me<sup>(1)</sup> | DATE<br>10/18/2007 @ 1:08 p.m. |
| NAME OF SERVER *(PRINT)*<br>**Michael J. Dellose** | TITLE<br>**Special Process Server** |

*Check one box below to indicate appropriate method of service*

[X]  Served personally upon the defendant by serving **Karen Charbonneau, government employee, c/o Secretary of State, Duke of York Street & Federal Lane, Dover, DE 19901**

**45, F, W, 5'6", 140 pounds, blonde hair, no glasses**

[ ]  Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ]  Returned unexecuted:

[ ]  Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/19/2007
         Date

*[signature: Michael J. Dellose]*
Michael J. Dellose

O'ROURKE INVESTIGATIVE ASSOCIATES, INC.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE  19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure