**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DIANE SMITH, individually, and as guardian for A.K., S.K., and M.K., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-600 JJF |
| STATE OF DELAWARE, DEPARTMENT OF FAMILIES, DIVISION OF FAMILY SERVICES; KATHLEEN FINN; HOME HEALTH SPECIALISTS; DORIS ELLIOTT; and LINDA BRASBURGER, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of undersigned counsel on behalf of Kathleen Finn in the above captioned matter.

/s/ Ralph K. Durstein III
Ralph K. Durstein III, ID #0912
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8510
Attorney for Defendant Division of Family Services

Dated: November 7, 2007

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on November 7, 2007, I electronically filed an Entry of Appearance

with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the

following:

**NAME AND ADDRESS OF RECIPIENT(S):**

Richard Galperin, Esq.
James H. McMackin, Esq.
Morris James LLP
Suite 1500
500 Delaware Avenue
Wilmington, DE 19801

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Ralph K. Durstein III
Ralph K. Durstein III, ID #0912
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8510
Attorney for Defendant Division of Family
Services