IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE SMITH, individually and as Guardian for A.K., S.K., and M.K., <br><br>           Plaintiffs, <br><br>    v. <br><br>STATE OF DELAWARE, DEPARTMENT OF SERVICES FOR CHILDREN, YOURTH & THEIR FAMILIES, KATHLEEN FINN, individually and in her official capacity; HOME HEALTH SPECIALISTS; DORIS ELLIOTT; AND LINDA BRASBURGER, <br><br>           Defendants. | Civil Action No. 07-600 <br><br> TRIAL BY JURY OF 12 DEMANDED |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Dawn Courtney Doherty, Esquire and Patrick G. Rock, Esquire as attorneys for Defendants, Home Health Specialist, Doris Elliott and Linda Brasburger. This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant. Defendant specifically reserves the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

            /s/ Patrick G. Rock
Dawn Courtney Doherty, Esquire (ID No. 3164)
Patrick G. Rock, Esquire (ID No. 4632)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE  19801
(302) 658-6538
*Attorneys for Defendants Home Health Specialists, Doris Elliott and Linda Brasburger*

DATED:  November 15, 2007

{DE096309.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE SMITH, individually and as Guardian for A.K., S.K., and M.K., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF DELAWARE, DEPARTMENT OF SERVICES FOR CHILDREN, YOURTH & THEIR FAMILIES, KATHLEEN FINN, individually and in her official capacity; HOME HEALTH SPECIALISTS; DORIS ELLIOTT; AND LINDA BRASBURGER, <br><br> Defendants. | Civil Action No. 07-600 <br><br> TRIAL BY JURY OF 12 DEMANDED |

**CERTIFICATE OF SERVICE**

I, Patrick G. Rock, of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that on this 15th day of November, a copy of the attached Entry of Appearance with the Clerk of Court using CM/ECF which will send notification upon the following counsel of record:

Richard Galperin, Esquire
James H. McMackin, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

*/s/ Patrick G. Rock*
Dawn Courtney Doherty, Esquire (ID No. 3164)
Patrick G. Rock, Esquire (ID No. 4632)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE  19801
(302) 658-6538
*Attorneys for Defendants Home Health Specialists, Doris Elliott and Linda Brasburger*

Dated: November 15, 2007

{DE096324.1}