IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE SMITH, individually and as Guardian for A.K., S.K., and M.K.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>STATE OF DELAWARE, DEPARTMENT OF SERVICES FOR CHILDREN, YOURTH & THEIR FAMILIES, KATHLEEN FINN, individually and in her official capacity; HOME HEALTH SPECIALISTS; DORIS ELLIOTT; AND LINDA BRASBURGER,<br><br>　　　　　Defendants. | :<br>:<br>:<br>:   Civil Action No. 07-600<br>:<br>:   TRIAL BY JURY OF 12 DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

　　PLEASE ENTER the appearance of Megan T. Mantzavinos, Esquire as attorney for Defendants Home Health Specialists, Doris Elliott, and Linda Brasburger. This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant. Defendant specifically reserves the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

　　　　　　　　　　　　　　　　　　MARKS, O'NEILL, O'BRIEN
　　　　　　　　　　　　　　　　　　& COURTNEY, P.C.

　　　　　　　　　　　　　　　　　　　/s/ Megan T. Mantzavinos
　　　　　　　　　　　　　　　　　　Megan T. Mantzavinos, Esquire (3802)
　　　　　　　　　　　　　　　　　　Marks, O'Neill, O'Brien & Courtney, P.C.
　　　　　　　　　　　　　　　　　　913 Market Street, #800
　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　(302) 658-6538
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

DATED: November 26, 2007

{DE097039.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE SMITH, individually and as Guardian for A.K., S.K., and M.K., | : <br> : <br> :    Civil Action No. 07-600 |
| Plaintiffs, | : <br> :    TRIAL BY JURY OF 12 DEMANDED |
| v. | : <br> : |
| STATE OF DELAWARE, DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH & THEIR FAMILIES, KATHLEEN FINN, individually and in her official capacity; HOME HEALTH SPECIALISTS; DORIS ELLIOTT; AND LINDA BRASBURGER, | : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Megan T. Mantzavinos, Esquire of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that on this 26th day of November, a copy of the attached Entry of Appearance was filed with the Clerk of Court using CM/ECF which will send notification upon the following counsel of record:

Richard Galperin, Esquire
James H. McMackin, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

   /s/  Megan T. Mantzavinos
Megan T. Mantzavinos, Esquire (ID No. 3802)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE  19801
(302) 658-6538

{DE097042.1}