IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE SMITH, individually and as Guardian for A.K., S.K., and M.K., <br><br>Plaintiffs, <br><br>v. <br><br>STATE OF DELAWARE, DEPARTMENT OF SERVICES FOR CHILDREN, YOURTH & THEIR FAMILIES, KATHLEEN FINN, individually and in her official capacity; HOME HEALTH SPECIALISTS; DORIS ELLIOTT; AND LINDA BRASBURGER, <br><br>Defendants. | Civil Action No. 07-600 <br><br>TRIAL BY JURY OF 12 DEMANDED |

## WITHDRAWAL OF APPEARANCE

PLEASE WITHDRAW the appearance of Patrick G. Rock, Esquire as attorney for Defendants Home Health Specialists, Doris Elliott, and Linda Brasburger. Dawn C. Doherty, Esquire, and Megan T. Mantzavinos, Esquire will remain as counsel of record for said Defendants.

                                                 */s/ Patrick G. Rock*
                                                 Patrick G. Rock, Esquire (ID No. 4632)
                                                 Marks, O'Neill, O'Brien & Courtney, P.C.
                                                 913 Market Street, #800
                                                 Wilmington, DE  19801
                                                 (302) 658-6538

DATED:  November 26, 2007

{DE096868.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE SMITH, individually and as Guardian for A.K., S.K., and M.K., | : <br> : <br> : |
| Plaintiffs, | :    Civil Action No. 07-600 <br> : <br> :    TRIAL BY JURY OF 12 DEMANDED |
| v. | : <br> : |
| STATE OF DELAWARE, DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH & THEIR FAMILIES, KATHLEEN FINN, individually and in her official capacity; HOME HEALTH SPECIALISTS; DORIS ELLIOTT; AND LINDA BRASBURGER, | : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

    I, Patrick G. Rock, of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that on this 26th day of November, a copy of the attached Withdrawal of Appearance was filed with the Clerk of Court using CM/ECF which will send notification upon the following counsel of record:

Richard Galperin, Esquire
James H. McMackin, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

*Patrick G. Rock*
Patrick G. Rock, Esquire (ID No. 4632)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE 19801
(302) 658-6538

{DE096869.1}