IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE SMITH, individually and as Guardian for A.K., S.K., and M.K., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF DELAWARE, DEPARTMENT OF SERVICES FOR CHILDREN, YOURTH & THEIR FAMILIES, KATHLEEN FINN, individually and in her official capacity; HOME HEALTH SPECIALISTS; DORIS ELLIOTT; AND LINDA BRASBURGER, <br><br> Defendants. | Civil Action No. 07-600 <br><br> TRIAL BY JURY OF 12 DEMANDED |

## SUBSTITUTION AND ENTRY OF ADDITIONAL APPEARANCE

PLEASE WITHDRAW the appearance of Megan T. Mantzavinos, Esquire, and substitute the appearance of Jeffrey S. Marlin, Esquire, as attorney for Defendants Home Health Specialists, Dora (incorrectly identified as Doris) Elliott, and Linda Brasburger.

In addition, please enter the appearance of Donald R. Kinsley, Esquire, (ID No. 3006), as attorney for Defendants Home Health Specialists, Dora Elliott, and Linda Brasburger.

Dawn C. Doherty, Esquire, will remain as counsel of record for said Defendants.

/s/ Megan T. Mantzavinos
Megan T. Mantzavinos, Esquire (ID No. 3802)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE  19801
302) 658-6538

/s/ Jeffrey S. Marlin
Jeffrey S. Marlin, Esquire (ID No. 176)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE  19801
(302) 658-6538

/s/ Donald R. Kinsley
Donald R. Kinsley, Esquire (ID No. 3006)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE  19801
(302) 658-6538

DATED:  January 2, 2008

{DE098936.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE SMITH, individually and as Guardian for A.K., S.K., and M.K., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF DELAWARE, DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH & THEIR FAMILIES, KATHLEEN FINN, individually and in her official capacity; HOME HEALTH SPECIALISTS; DORIS ELLIOTT; AND LINDA BRASBURGER, <br><br> Defendants. | Civil Action No. 07-600 <br><br> TRIAL BY JURY OF 12 DEMANDED |

**CERTIFICATE OF SERVICE**

    I, Donald R. Kinsley, of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that on this 2nd day of January, a copy of the attached Substitution and Entry of Additional Appearance was filed with the Clerk of Court using CM/ECF which will send notification upon the following counsel of record:

Richard Galperin, Esquire
James H. McMackin, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

/s/ Donald R. Kinsley
Donald R. Kinsley, Esquire (ID No. 3006)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 N. Market Street, #800
Wilmington, DE  19801
(302) 658-6538

{DE099793.1}