IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DIANE SMITH, individually, and as guardian for A.K., S.K., and M.K.,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | )    C.A. No. 07-600 JJF<br>) |
| **STATE OF DELAWARE, DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH AND THEIR FAMILIES, DIVISION OF FAMILY SERVICES; KATHLEEN FINN; HOME HEALTH SPECIALISTS; DORIS ELLIOTT; and LINDA BRASBURGER,** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

## ENTRY OF APPEARANCE

Please enter the appearance of undersigned counsel on behalf of the State of Delaware, Department of Services for Children, Youth and Their Families, Division of Family Services and Kathleen Finn in the above captioned matter.

/s/ James J. Maxwell
James J. Maxwell, ID #2892
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8510
Attorney for Defendants State of Delaware, Department of Services for Children, youth and their Families, Division of Family Services and Kathleen Finn

Dated: April 8, 2008

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on April 8, 2008, I electronically filed an Entry of Appearance with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**NAME AND ADDRESS OF RECIPIENT(S):**

Richard Galperin, Esq.
James H. McMackin, Esq.
Morris James LLP
Suite 1500
500 Delaware Avenue
Wilmington, DE 19801

Jeffrey S. Marlin, Esq.
Donald Kinsley, Esq.
Marks, O'Neill, O'Brien & Courtney, P.C.
913 N. Market Street, Suite 800
Wilmington, DE 19801

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ James J. Maxwell
James J. Maxwell, ID #2892
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8510
Attorney for Defendants State of Delaware, Department of Services for Children, youth and their Families, Division of Family Services and Kathleen Finn