IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE SMITH, individually and as Guardian for A.K., S.K., and M.K., <br><br>    Plaintiffs, <br><br>    v. <br><br>STATE OF DELAWARE, DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH & THEIR FAMILIES, KATHLEEN FINN, individually and in her official capacity; HOME HEALTH SPECIALISTS; DORIS ELLIOTT; AND LINDA BRASBURGER, <br><br>    Defendants. | : <br> : <br> : <br> : Civil Action No. 07-600 <br> : <br> : TRIAL BY JURY OF 12 DEMANDED <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF SERVICE

The undersigned hereby certifies that two (2) true and correct copies of Defendants' Home Health Specialists, Dora Elliott and Linda Brasberger's *Rule 26(a) Disclosures* and the *Insurance Agreements in Force* were sent via first class mail via U.S. Postal Service, first class postage prepaid on April 11, 2008, to the following:

| | |
|---|---|
| Richard Galperin, Esquire <br> James H. McMackin, III, Esquire <br> Morris James LLP <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE  19801 | Ralph Durstein, Esq. <br> Department of Justice <br> Carvel State Office Bldg. <br> 820 N. French St. <br> Wilmington, DE  19801 |

/s/ Donald R. Kinsley
Donald R. Kinsley, Esquire (ID No. 3006)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 658-6538
(302) 658-6537 (fax)
Email: dkinsley@mooclaw.com
*Attorney for Defendants Home Health Specialists,*
*Linda Brasberger and Dora Elliott*

Dated: April 11, 2008

{DE106761.1}