IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE SMITH, individually and as guardian for A.K., S.K., and M.K., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>)<br>STATE OF DELAWARE, DEPARTMENT )<br>OF SERVICES FOR )<br>CHILDREN, YOUTH & THEIR )<br>FAMILIES, DIVISION OF FAMILY )<br>SERVICES; KATHLEEN FINN, )<br>individually and in her official capacity; )<br>HOME HEALTH SPECIALISTS; DORIS )<br>ELLIOTT; and LINDA BRASBURGER, )<br>)<br>Defendants. ) | Civil Action No. 07-600 JJF |

NOTICE OF SERVICE

I hereby certify that on this 14th day of April, 2008, two copies of **PLAINTIFFS' INITIAL DISCLOSURES** were served by hand delivery on the following counsel of record at the addresses listed below:

    Donald R. Kinsley, Esquire
    Jeffrey S. Marlin, Esquire
    Marks, O'Neill, O'Brien & Courtney, P.C.
    913 N. Market Street, Suite 800
    Wilmington, DE  19801

    Ralph K. Durstein, III, Esquire
    James J. Maxwell, Esquire
    Deputy Attorney General
    Department of Justice
    820 North French Street, 6th Floor
    Wilmington, DE  19801

MORRIS JAMES LLP

_____
Richard Galperin (#390)
rgalperin@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
Allyson B. James (#4830)
ajames@morrisjames.com
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6980/5849/5210

Dated: April 14, 2008                    Attorneys for Plaintiffs

1734180/1