IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE SMITH, individually, and as guardian for A.K., S.K., and M.K., <br><br>  Plaintiffs, <br><br> v. <br><br> STATE OF DELAWARE, DEPARTMENT OF FAMILIES, DIVISION OF FAMILY SERVICES; KATHLEEN FINN, et al. <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 07-600 JJF |

## NOTICE OF SERVICE OF STATE DEFENDANTS' INITIAL DISCLOSURES
## PURSUANT TO FED. R. CIV. P. 26(a)

Pursuant to Fed. R. Civ. P. 26(a), I electronically filed State Defendants Division of Family Services' and Kathleen Finn's initial disclosures with the Clerk of the Court by using CM/ECF and produced documents by U.S. Mail postage prepaid to the following:

Richard Galperin, Esq.
James H. McMackin, Esq.
Morris James LLP
Suite 1500
500 Delaware Avenue
Wilmington, DE 19801

Jeffrey S. Marlin, Esq
Donald Kinsley, Esq.
Marks, O'Neill, O'Brien & Courtney, P.C.
913 N. Market Street, Suite 800
Wilmington, DE 19801

/s/ Ralph K. Durstein III
Ralph K. Durstein III, ID #0912
James J. Maxwell, ID #2892
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8510
Attorneys for Defendants Division of
Family Services and Kathleen Finn

Date:  April 15, 2008