IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE SMITH, individually and as Guardian for A.K., S.K., and M.K., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF DELAWARE, DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH & THEIR FAMILIES, KATHLEEN FINN, individually and in her official capacity; HOME HEALTH SPECIALISTS; DORIS ELLIOTT; AND LINDA BRASBURGER, <br><br> Defendants. | Civil Action No. 07-600 <br><br> TRIAL BY JURY OF 12 DEMANDED |

## NOTICE OF SERVICE

The undersigned hereby certifies that two (2) true and correct copies of Defendants' Home Health Specialists, Dora Elliott and Linda Brasberger's **First Set of Interrogatories Direcdted to Plaintiffs**, and **First Set of Requests for Production of Documents Directed to Plaintiffs** were sent via first class mail via U.S. Postal Service, first class postage prepaid on April 29, 2008, to the following:

Richard Galperin, Esquire
James H. McMackin, III, Esquire
Morris James LLP
500 Delaware Ave., Suite 1500
Wilmington, DE  19801

Ralph Durstein, Esq.
James Maxwell, Esq.
Department of Justice
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE  19801

/s/ Donald R. Kinsley
Donald R. Kinsley, Esquire (ID No. 3006)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 658-6538
(302) 658-6537 (fax)
Email: dkinsley@mooclaw.com
*Attorney for Defendants Home Health Specialists, Linda Brasberger and Dora Elliott*

Dated: April 29, 2008

{DE107800.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE SMITH, individually and as Guardian for A.K., S.K., and M.K., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF DELAWARE, DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH & THEIR FAMILIES, KATHLEEN FINN, individually and in her official capacity; HOME HEALTH SPECIALISTS; DORIS ELLIOTT; AND LINDA BRASBURGER, <br><br> Defendants. | Civil Action No. 07-600 <br><br> TRIAL BY JURY OF 12 DEMANDED |

## CERTIFICATE OF SERVICE

I, Donald R. Kinsley, of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that on this 29th day of April, 2008, a copy of the attached Notice of Service was filed with the Clerk of Court using CM/ECF which will send notification upon the following counsel of record:

Richard Galperin, Esquire
James H. McMackin, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

Ralph Durstein, Esq.
James Maxwell, Esq.
Department of Justice
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE  19801

*/s/ Donald R. Kinsley*
Donald R. Kinsley, Esquire (ID No. 3006)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 N. Market Street, #800
Wilmington, DE  19801
(302) 658-6538

{DE107799.1}