IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


DIANE SMITH, et al.,                    :
                                        :
        Plaintiffs,                     :
                                        :
    v.                                  :    Civil Action No. 07-600-JJF
                                        :
STATE OF DELAWARE, et al.,              :
                                        :
        Defendants.                     :

## ORDER

WHEREAS, the Court has reviewed the letter filed by

Defendants, State of Delaware Division of Family Services and

Kathleen Finn, on April 11, 2008, and finds a conference is

necessary to discuss the issues raised therein;

NOW THEREFORE, IT IS HEREBY ORDERED that a Conference will

be held in the above captioned action on **Tuesday, May 20, 2008** at

**12:00 p.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal

Building, Wilmington, Delaware.


April __29__, 2008            _____
                                 UNITED STATES DISTRICT JUDGE