IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE SMITH, individually and as guardian for A.K., S.K., and M.K., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) ) ) | Civil Action No. 07-600 JJF |
| STATE OF DELAWARE, DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH & THEIR FAMILIES, DIVISION OF FAMILY SERVICES; KATHLEEN FINN, individually and in her official capacity; HOME HEALTH SPECIALISTS; DORIS ELLIOTT; and LINDA BRASBURGER, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I hereby certify that on this 26th day of June, 2008, two copies of **PLAINTIFFS' RESPONSE TO DEFENDANTS HOME HEALTH SPECIALISTS, DORA ELLIOTT AND LINDA BRASBERGER'S FIRST SET OF INTERROGATORIES** and **RESPONSE OF PLAINTIFFS TO DEFENDANTS HOME HEALTH SPECIALISTS, DORA ELLIOTT AND LINDA BRASBERGER'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** were served by hand delivery on the following counsel of record at the addresses listed below:

        Donald R. Kinsley, Esquire
        Jeffrey S. Marlin, Esquire
        Marks, O'Neill, O'Brien & Courtney, P.C.
        913 N. Market Street, Suite 800
        Wilmington, DE 19801

                Ralph K. Durstein, III, Esquire
                James J. Maxwell, Esquire
                Deputy Attorney General
                Department of Justice
                820 North French Street, 6th Floor
                Wilmington, DE 19801

                      MORRIS JAMES LLP

                Richard Galperin (#390)
                rgalperin@morrisjames.com
                James H. McMackin, III (#4284)
                jmcmackin@morrisjames.com
                Allyson B. James (#4830)
                ajames@morrisjames.com
                500 Delaware Avenue, Suite 1500
                P.O. Box 2306
                Wilmington, DE 19899
                (302) 888-6980/5849/5210
Dated: June 26, 2008      Attorneys for Plaintiffs

1734180/1