IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE SMITH, individually and as guardian for A.K., S.K., and M.K., <br><br>  Plaintiffs, <br><br> v. <br><br><br> STATE OF DELAWARE, DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH & THEIR FAMILIES, DIVISION OF FAMILY SERVICES; KATHLEEN FINN, individually and in her official capacity; HOME HEALTH SPECIALISTS; DORIS ELLIOTT; and LINDA BRASBURGER, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 07-600 JJF |

NOTICE OF SERVICE

I hereby certify that on this 1st day of July, 2008, two copies of **PLAINTIFFS' FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANTS FINN, DFS, HOME HEALTH SPECIALIST, ELLIOTT, BRASBERGER** and **PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND INFORMATION DIRECTED TO DEFENDANTS FINN, DFS, HHS, ELLIOTT, BRASBERGER** were served by hand delivery on the following counsel of record at the addresses listed below:

> Donald R. Kinsley, Esquire
> Jeffrey S. Marlin, Esquire
> Marks, O'Neill, O'Brien & Courtney, P.C.
> 913 N. Market Street, Suite 800
> Wilmington, DE  19801

Ralph K. Durstein, III, Esquire
James J. Maxwell, Esquire
Deputy Attorney General
Department of Justice
820 North French Street, 6th Floor
Wilmington, DE 19801

MORRIS JAMES LLP

*Allyson B. James*
Richard Galperin (#390)
rgalperin@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
Allyson B. James (#4830)
ajames@morrisjames.com
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6980/5849/5210
Attorneys for Plaintiffs

DATED:     July 1, 2008

1829757/1