## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE SMITH, individually, and as | ) | |
| guardian for A.K., S.K., and M.K., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-600 JJF |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEPARTMENT OF FAMILIES, | ) | |
| DIVISION OF FAMILY SERVICES; | ) | |
| KATHLEEN FINN; | ) | |
| HOME HEALTH SPECIALISTS; | ) | |
| DORIS ELLIOTT; and | ) | |
| LINDA BRASBURGER, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR CONTINUANCE

The State Defendants, Delaware Division of Family Services and Kathleen Finn, respectfully request a brief continuance of the scheduled July 11, 2008 hearing on Defendants letter request more fully set forth in correspondence to the Court dated April 11, 2008.

I am respectfully requesting the continuance due to my current absence from the office for personal reasons. This is State Defendants' first request for a continuance in this matter.

Counsel for Plaintiffs and Defendants Home Health Specialists, Elliott and Brasberger are not opposed to this request.

/s/ Ralph K. Durstein, III
Ralph K. Durstein, III (ID# 0912)
Deputy Attorney General
Department of Justice
State of Delaware
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8510
Attorney for State Defendants

DATED: July 10, 2008