IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE SMITH, individually and as Guardian for A.K., S.K., and M.K., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF DELAWARE, DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH & THEIR FAMILIES, KATHLEEN FINN, individually and in her official capacity; HOME HEALTH SPECIALISTS; DORIS ELLIOTT; AND LINDA BRASBURGER, <br><br> Defendants. | Civil Action No. 07-600 <br><br> TRIAL BY JURY OF 12 DEMANDED |

## NOTICE OF SERVICE

The undersigned hereby certifies that two (2) true and correct copies of the following:

- Defendant Home Health Specialists' Responses to Plaintiff's First Set of Interrogatories, and Plaintiff's First Set of Requests for Production of Documents

- Defendant Dora Elliott's Responses to Plaintiff's First Set of Interrogatories, and Plaintiff's First Set of Requests for Production of Documents and

- Defendant Linda Brasberger's Responses to Plaintiff's First Set of Interrogatories, and Plaintiff's First Set of Requests for Production of Documents

were sent via first class mail via U.S. Postal Service, first class postage prepaid on August 29, 2008, to the following counsel of record:

Richard Galperin, Esquire
James H. McMackin, III, Esquire
Morris James LLP
500 Delaware Ave., Suite 1500
Wilmington, DE  19801

Ralph Durstein, Esq.
James Maxwell, Esq.
Department of Justice
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE  19801

{DE115762.1}

                                                    */s/ Donald R. Kinsley*
                                                    Donald R. Kinsley, Esquire (ID No. 3006)
                                                    Marks, O'Neill, O'Brien & Courtney, P.C.
                                                    913 N. Market Street, Suite 800
                                                    Wilmington, DE 19801
                                                    (302) 658-6538
                                                    (302) 658-6537 (fax)
                                                    Email: dkinsley@mooclaw.com
                                                    *Attorney for Defendants Home Health Specialists,*
                                                    *Linda Brasberger and Dora Elliott*

Dated: August 29, 2008

{DE115762.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE SMITH, individually and as Guardian for A.K., S.K., and M.K., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF DELAWARE, DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH & THEIR FAMILIES, KATHLEEN FINN, individually and in her official capacity; HOME HEALTH SPECIALISTS; DORIS ELLIOTT; AND LINDA BRASBURGER, <br><br> Defendants. | Civil Action No. 07-600 <br><br> TRIAL BY JURY OF 12 DEMANDED |

## **CERTIFICATE OF SERVICE**

I, Donald R. Kinsley, of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that on this 29th day of August, 2008, a copy of the attached Notice of Service was filed with the Clerk of Court using CM/ECF which will send notification upon the following counsel of record:

Richard Galperin, Esquire
James H. McMackin, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

Ralph Durstein, Esq.
James Maxwell, Esq.
Department of Justice
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE  19801

*/s/  Donald R. Kinsley*
Donald R. Kinsley, Esquire (ID No. 3006)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 N. Market Street, #800
Wilmington, DE  19801
(302) 658-6538

{DE115763.1}