```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
```

DIANE SMITH, individually         :
and as guardian for A.K.,         :
S.K., and M.K,                    :
                                  :
        Plaintiffs,                :
                                  :
    v.                            :   Civil Action No. 07-600-JJF-LPS
                                  :
STATE OF DELAWARE,                :
DEPARTMENT OF SERVICES FOR        :
CHILDREN, YOUTH & THEIR           :
FAMILIES, DIVISION OF             :
FAMILY SERVICES;                  :
KATHLEEN FINN, individually       :
and in her official capacity;     :
HOME HEALTH SPECIALISTS;          :
DORIS ELLIOTT; and                :
LINDA BRASBURGER,                 :
                                  :
        Defendants.                :

## O R D E R

WHEREAS, Magistrate Judge Stark issued a Report and Recommendation (D.I. 124) dated July 21, 2009, recommending the denial of Plaintiffs' Motion to Amend Complaint (D.I. 115);

WHEREAS, no Objections to the Report and Recommendation have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that Magistrate Judge Stark's Report and Recommendation (D.I. 124) is **ADOPTED**.

__October 3, 2009__                    _[signature: Joseph J. Farnan]_
     DATE                              UNITED STATES DISTRICT COURT